AERO-DYNE CORPORATION OF ILLINOIS, Plaintiff-Appellant, *v.* ANDREW J. OMEL, Defendant-Appellee.

(No. 71-239; ■■■■)

Second District—June 13, 1972.

Opinion by Mr. PRESIDING JUSTICE SEIDENFELD.

Rathje, Woodward, Dyer & Burt, of Wheaton, for appellant.

Richard Weinberger, of Chicago, for appellee.